# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**June L. Hofmann**

vs.   **CASE NUMBER: 6:09-CV-759 (GTS/GHL)**

**Michael J. Astrue, Commissioner of Social Security**


**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


The final decision of the Commissioner is hereby REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Magistrate Judge George H. Lowe, dated the 1st day of December, 2009.


DATED: December 2, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk