RICHARD S. HARTUNIAN
United States Attorney

Sixtina Fernandez
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 229
Fax: (212) 264-6372
Sixtina.Fernandez@ssa.gov
Bar Roll No. 513910

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of NEW YORK

---------------------------------------------------- x
JUNE L. HOFMANN,                                    :
                                                    :   Hon. Judge Glenn T. Suddaby
                                                    :
            Plaintiff,                              :
                                                    :   Civil Action No. 09-0759
       v.                                           :
                                                    :   CONSENT ORDER FOR PAYMENT OF
COMMISSIONER OF                                     :   FEES PURSUANT TO THE EQUAL ACCESS
SOCIAL SECURITY,                                    :   TO JUSTICE ACT
                                                    :
            Defendant.                              :
---------------------------------------------------- x

   This matter having been opened to the Court by Peter W. Antonowicz, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of three thousand five hundred ninety-two dollars and eleven cents ($3,592.11), and forty seven dollars ($47.00) in expenses, to be paid directly to the Law

Office of Peter W. Antonowicz per a duly executed assignment of fees, the Court having reviewed the record in this matter;

IT IS on this 26th day of January, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of three thousand five hundred ninety-two dollars and eleven cents ($3,592.11), and forty seven dollars ($47.00) in expenses to be paid directly to the Law Office of Peter W. Antonowicz per a duly executed assignment of fees.

Glenn T. Suddaby, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:   s/ Sixtina Fernandez
Sixtina Fernandez
Special Assistant U.S. Attorney

By:   s/ Peter W. Antonowicz
Peter w. Antonowicz
Attorney for Plaintiff