# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

___

**JUNE L. HOFMANN**

    vs.                        **CASE NUMBER: 6:09-cv-759 (GTS/GHL)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

___

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The final decision of the Commissioner is hereby REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 USC section 405(g).

Plaintiff is granted a fee award under the Equal Access to Justice Act in the amount of three thousand five hundred ninety-two dollars and eleven cents ($3,592.11), and forty seven dollars ($47.00) in expenses to be paid directly to the Law Office of Peter W. Antonowicz.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 1st day of December, 2009 and the Order of the Honorable Judge Glenn T. Suddaby, dated the 26th day of January, 2010.

DATED: January 26, 2010

Clerk of Court

                                          s/ Melissa Ennis
                                          Melissa Ennis
                                          Deputy Clerk